UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES HENRY WOODS, Jr., | ) | No. CV 14-6377-DMG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, as wholly unexhausted and for failure to prosecute.

DATED: November 24, 2014

_____
DOLLY M. GEE
United States District Judge